Edward J. McGean, as Trustee for Catherine C. Parsons, Respondent, v. William E. Parsons, Jr., Appellant, Impleaded with Catherine C. Parsons.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. William Waldorf Astor, Relator, v. William D. Dickey, Chairman, and David Robinson, Surviving Commissioners, etc., and The City of New York, Respondents. (No. 1.) — Writ dismissed, with fifty dollars costs and disbursements. No opinion. Order to be settled on notice.

Jesse Watson, as Trustee in Bankruptcy for Marshall B. Willcox, Appellant, v. American Credit Indemnity Company of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

William R. Smith, Respondent, v. The Board of Education of the City of New York, Appellant.— Judgment and order affirmed, with costs. No opinion.

James W. Hagan, Respondent, v. Achill Bippart and Others, Doing Business under the Firm Name of Bippart, Griscom & Osborn, Appellants.— Judgment affirmed, with costs. No opinion.

John P. Kirwan, Plaintiff, v. Grace G. Alexander, Defendant.— Exceptions overruled and judgment ordered dismissing complaint, with costs. No opinion. Order to be settled on notice.

Dean G. Edwards, Respondent, v. New Jersey and Hudson River Railway and Ferry Company, Appellant.— Judgment and order affirmed, with costs, on 144 Appellate Division, 554. Ingraham, P. J., and Dowling, J., dissented on former dissenting opinion.

Nels Benson, as Administrator, etc., of Nels Edward Benson, Deceased, Appellant, v. Wilbur C. Whitehead, Respondent.— Judgment affirmed, with costs. No opinion.

John F. Marshall, Respondent, v. Marion E. Marshall, Appellant.— Judgment affirmed, with costs. No opinion.